IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MOHIT MOHIT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00039-O |
| | § | |
| PAMELA BONDI et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Petitioner filed a Writ of Habeas Corpus on January 12, 2026 (ECF No. 1). In order to resolve the issues presented by Petitioner expeditiously, the Court **ORDERS** Petitioner to provide notice to the government no later than **February 12, 2026**. The Court further **ORDERS** Petitioner to confer with the Government and agree on a briefing schedule to resolve the issues. The Parties are to file a joint notice outlining the agreed briefing schedule no later than **February 26, 2026**.

**SO ORDERED** on this **February 5, 2026.**

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**